**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☐ **VIDEOCONFERENCE**    ☑ **COURTROOM**

U.S.A. v. Terrance Johnson, No. 3:24-cr-00238

**ATTORNEY FOR GOVERNMENT:** Rob McGuire

**ATTORNEY FOR DEFENDANT:** Robert Parris     ☐ AFPD  ☑ Panel  ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** _____

**INTERPRETER NEEDED?** ☐ YES ☑ NO     **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**    ☐ **ON A SUMMONS**    ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties   ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel       ☐ Counsel retained
☐ Financial affidavit filed under penalty of perjury              ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification**    ☐ Counsel app't based on counsel's statement
☐ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
☐ Government motion for detention                      ☐ Defendant temporarily detained
☐ Defendant waived detention hearing                   ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future        ☐ Defendant to be returned to State custody
☐ Defendant to remain in Federal custody               ☐ Defendant waived rights under IAD
☐ Defendant to remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
    ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☑ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☑ **ARRAIGNMENT**
    ☑ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
    ☑ Defendant waives reading thereof        ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ GUILTY ☑ NOT GUILTY    ☑ Defendant intends to plead guilty and case referred to DJ

**DATE:** 1.3.2025                    **TOTAL TIME:** 13 minutes
**BEGIN TIME:** 10:00am               **END TIME:** 10:13am
☑ *Digitally Recorded*  ☐ *Court Reporter:* _____

Form Revised 2/9/2018            Page 1 of 1